UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO. 1:25-CV-00130-CRS-HBB

MICHAEL S.                                                                          PLAINTIFF

v.

COMMISSIONER OF SOCIAL SECURITY                                    DEFENDANT

### ORDER

The above matter having been referred to the United States Magistrate Judge who has filed his Findings of Fact, Conclusions of Law, and Recommendation, no objections having been filed thereto, the time for objections having expired, and the Court having considered the same, the Court hereby **ACCEPTS AND ADOPTS** in their entirety the findings of fact and conclusions of law set forth in the magistrate judge's report **(DN 15)** and incorporates them by reference herein. A separate judgment in favor of the Commissioner will be entered this date.

**IT IS SO ORDERED**.

June 22, 2026

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc:  Counsel of Record